IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID BRADLEY WILSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:21-CV-101-WHA-CSC |
| JASON SMOAK, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on May 25, 2022. Doc. 50. The Magistrate Judge recommended that this case be dismissed without prejudice based on Plaintiff's failure to comply with the Court's orders to notify it of his current address. Plaintiff's objections were due by June 8, 2022. *Id.* at 2. Plaintiff has not filed objections to the Recommendation. Accordingly, there being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 16th day of June, 2022.

     /s/ W. Harold Albritton
     W. HAROLD ALBRITTON
     SENIOR UNITED STATES DISTRICT JUDGE

1